IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>$9,990.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　Defendant. | 8:14CV405<br><br>ORDER OF DISMISSAL<br>AND<br>DECREE OF FORFEITURE |

IT IS ORDERED that Claimant's motion to dismiss, (Filing No. 24), is granted as follows:

1)　　Claimant La Stephan D. Brown's claim to the Defendant property is dismissed.

2)　　Judgment and a decree of forfeiture is entered against the Defendant currency, and

　　a.　All right, title and interest in or to the Defendant currency held by any person or entity is hereby forever barred and foreclosed.

　　b.　The Defendant currency shall be and the same hereby is forfeited to the United States of America

　　c.　The Defendant currency shall be disposed of by the United States of America in accordance with law.

January 5, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge